NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Jamie D. Wells (SBN 290827)
Christopher S. Geyer (SBN 288527)
Scale LLP
548 Market Street, Suite 86147
San Francisco, California 94104
Phone: (415) 735-5933

ATTORNEY(S) FOR: Spanx, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Spanx, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-11222 |
| v. | |
| Honeylove Sculptwear, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Spanx, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Spanx, LLC | Plaintiff |
| Spanx HoldCo LLC | Ultimate parent entity to Plaintiff |
| Blackstone Shape Holdings, L.P. | Owner of Spanx HoldCo LLC |
| Sunny 27 Holdings, LLC | Owner of Spanx HoldCo LLC |

December 30, 2024

Date

/s/ Jamie D. Wells

Signature

Attorney of record for (or name of party appearing in pro per):

Spanx, LLC